**CHRISTIAN H. DRIBUSCH**
TRUSTEE IN BANKRUPTCY

THE PATROON BUILDING
FIVE CLINTON SQUARE
ALBANY NY 12207

(518) 436-1662

FAX: (518) 432-1996
EMAIL: CDRIBUSCH@NYCAP.RR.COM

MARCH 18, 2011

Re:   **In re KIMBLE, SCOTT**
      **Case No. 09-61324-DD-7**
      Debtor(s) Social Security Number(s)- Last 4 digits
      Debtor SSN: xxx-xx-1218

Dear Massena Memorial Hosp.,

Enclosed please find a final distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. You are receiving this distribution because you filed an allowed claim in the case.

| Claim # | Claimed Amount | Amount Allowed | Amount Paid |
|---|---|---|---|
| 6 | 150.00 | 150.00 | Total Payment - This Distribution: 3.64 |

Please cash this check immediately so that this account can be closed, and be advised that all checks outstanding for more then 90 days will be canceled and the proceeds tendered to the bankruptcy court.

Sincerely,

/s/ Christian H. Dribusch
Christian H. Dribusch, Trustee

Massena Memorial Hosp.
Central Service Bureau
P.O. Box 549
Massena, NY 13662

3/18/2011 12:14 PM